E. V. HOFFMAN *vs.* THE MORTGAGE BANK AND INVESTMENT CO.

Opinion filed December 17th, 1894.

Appeal from District Court, Cass County; *Rose* and *Lauder*, J's.

Action by E. V. Hoffman against the Mortgage Bank & Investment Company. From an order appointing a receiver, from an order refusing to discharge the receiver, and from one overruling a previous order dismissing the original action, defendant prosecutes three separate appeals, which are consolidated, and disposed of in one opinion.

Affirmed.

*E. Ashley Mears* and *J. C. Marshall*, for appellant.
*Newman, Spalding & Phelps*, for receiver.

PER CURIAM. There are three cases under the same title. They are, in all respects, identical in principle and in their facts with the three cases of *Hoffman* v. *Bank*, (decided at this term) 61 N. W. 1031, 4 N. D.—. Following the decisions rendered in those cases, the orders appealed from are all affirmed. All concur.